**Van:** Stefania Fietta [mailto:fietta@aglettinternazionale.it]
**Verzonden:** vrijdag 3 oktober 2014 12:33
**Aan:** Paul Sebes
**Onderwerp:** THREE EARLY STORIES by J.D. Salinger

Dear Paul Sebes,

my name is Stefania Fietta and, on behalf of the literary agency Agenzia Letteraria Internazionale based in Milan, I represent the agency Harold Ober in Italy and, more specifically, handle rights to J.D. Salinger's works in our territory.

We have had word that you are promoting the book THREE EARLY STORIES by J.D. Salinger worldwide and also among Italian publishers.
Now, even if the three short stories in question are of public domain in the United States, this does not mean that they have the same legal status in all territories. The issue is of course very particular, and we have turned to a copyright lawyer for consultation. We have just seen the first results of her research, and there is good reason to believe that all three stories are still protected by copyright in Italy.

We would therefore like to invite you to alert all Italian publishers that are considering the title of this situation and specifically that you inform them that they need to contact me for the acquisition of Italian translation rights. If you prefer, I can get in touch with them myself, but in this case I would need a submissions list from you.

If it is of interest to you, I can let you know the full extent of our research: I'm expecting a full report within a week and will be happy to send it to you.

Would you please acknowledge receipt and acceptance of this letter? Many thanks for your cooperation.

Best regards,

Stefania


Stefania Fietta

**Agenzia Letteraria Internazionale**
**Via Edmondo De Amicis, 53**
**20123 Milano**

tel: **+39 02 865445**, **+39 02 861572**
fax **+39 02 876222**


Visitateci su www.agenzialetterariainternazionale.com e seguiteci su Facebook
Please visit us on www.agenzialetterariainternazionale.com and follow us on Facebook


***This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error, please, destroy it immediately. Thanks.**Questa e-mail e gli eventuali file allegati sono da considerarsi riservati ed

indirizzati unicamente all'indirizzo specificato. Nel caso si sia ricevuto questo messaggio per errore, si prega di non considerarlo e distruggerlo. Grazie.***